

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-15-00005-CV

**IN RE ESTATE OF JACK HIROMI IKENAGA**, Sr., Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Cheryl Hester's extension of time to file the court reporter's record is this date NOTED. Time is extended to March 6, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT



cc: Shelayne Clemmer
Prichard Hawkins McFarland & Young
10101 Reunion Place, Suite 600
San Antonio, TX 78216

David L. McLane
Law Office of David L. McLane, PC
1924 N. Main Street
San Antonio, TX 78212-8610

Samuel Vance Houston III
Houston Dunn, PLLC
4040 Broadway St, Ste 440
San Antonio, TX 78209